1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN MARK VAN DEN HEUVEL,              No.  2:23-cv-01523 DB P

12                    Plaintiff,

13        v.                                ORDER AND FINDINGS AND
                                            RECOMMENDATIONS
14   EL DORADO COUNTY JUDICIALS, et
     al.,
15
                     Defendants.
16

17

18

19        Plaintiff, a former county detainee, filed this pro se civil rights action pursuant to 42

20   U.S.C. § 1983.  Plaintiff initiated this action on June 9, 2023, but did not file an application to

21   proceed in forma pauperis ("IFP") or pay the filing fee.  (ECF No. 1.)  On August 3, 2023, the

22   court issued an order directing plaintiff to submit, within 30 days, either the $350 filing fee plus

23   the $52 administrative fee or a motion to procced IFP.  (ECF No. 4.)  Plaintiff was warned that

24   failure to comply with the order would result in a recommendation that this action be dismissed

25   without prejudice.  (Id.)

26        Those thirty days have passed and plaintiff has not filed a motion to proceed IFP, paid the

27   filing fee, or otherwise responded to the court's order.  Accordingly, the undersigned

28   ////

                                            1

1    recommends that this action be dismissed without prejudice for failure to prosecute and failure to

2    comply with a court order.

3       For the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of the

4    Court randomly assign a district judge to this action.

5       IT IS RECOMMENDED that:

6         1.  This action be dismissed without prejudice; and

7         2.  The Clerk of the Court be directed to close this case.

8       These findings and recommendations are submitted to the United States District Judge

9    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21)

10   days after being served with these findings and recommendations, plaintiff may file written

11   objections with the court and serve a copy on all parties. Such a document should be captioned

12   "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

13   failure to file objections within the specified time may waive the right to appeal the District

14   Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

15

16   Dated: September 26, 2023

17

18                     DEBORAH BARNES

19                     UNITED STATES MAGISTRATE JUDGE

20

21

22   DB:15
DB/DB Prisoner Inbox/Civil Rights/R/vand1523.ifp.fr

23

24

25

26

27

28

2